# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Burr,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TrueAccord Corporation,<br><br>　　　　Defendant. | No. CV-17-02435-PHX-DJH<br><br>**ORDER** |

The Court has received Plaintiff's Notice of Dismissal with Prejudice (Doc. 7). Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 5th day of September, 2017.

_____
Honorable Diane J. Humetewa
United States District Judge